MAR 3 2021 PM 12:20
FILED-USDC-CT-HARTFORD

3:21-cv-00276(VLB)

Rabbi Benjamin Washington
14 A Gay Street
Winsted, CT 06098
**Plaintiff**

VS

**Defendants**

CT Scoop Shops LLC

Olga Cherkasova

Dmitriy Gorbunov

185 Broad St

Wethersfield, CT 06109

**Complaint**

(1) On or about Wednesday June 26th 2019 CT Scoop Shops LLC wrongfully terminated Rabbi Benjamin Washington. The wrongful termination was over a religious matter. Rabbi Washington is free of any wrong doings and has clean hands. (Exhibit C ) CT Scoop Shops llc besides firing him had him work in unsafe and unsanitary work conditions.  Rabbi Washington brought these unsafe work conditions up to the employer and to the attention of OSHA. As a result of Rabbi Washington's complaints to OSHA, CT scoop shops llc was potentially fined upwards of $10,000. (Exhibit F) I also have a voicemail from corporate thanking me for my safety concerns; the CHRO has a copy of this as well. The whistle-blower organization stated that even though Rabbi Washington acted by protected behavior he was fired for arguing whether or not the product sold was Kosher or not. (Exhibit D)

(2) On or about  5/1/19 Rabbi Washington was hired as an ice cream scooper with the intent of becoming district manager, and that he would not be disturbed/and or work on the Sabbath.  (Friday sunset to Saturday sunset) He was to learn the ins and outs of the daily operation so that he would be more familiar with the franchise. He was also to attend "Scoop U" (Exhibit G ) A course all managers are to attend. (Promissory Estoppel)  With Rabbi Washington's awards and Certifications (Exhibit H )

one would reasonably come to this conclusion. According to Exhibit A (page 6 section 3.2 also see page 10 section 6.1 and 6.2) managers are to attend "Scoop U" where Rabbi Washington was accepted to. (Exhibit G) He also brought up the fact that he felt that his talents were being exploited. (Exhibit C)

(3) On June 22,2019 Rabbi Washington's phone kept going off with notices from work. This upset him very dearly as it was disturbing the Sabbath and went against the agreement with his employer. He complained about this, and asked how the product could be kosher if they are working on the Sabbath.

(4) He was essentially asking for the mashgiach to explain how the product could be deemed kosher. (The requirements for becoming a mashgiach are being Jewish, being Sabbath-observant (shomer Shabbat), being Torah-observant (shomer mitzvot), and personally fulfilling the laws of kashrut (shomer kashrut). Either the mashgiach would be overseeing on the Sabbath making him not Sabbath-observant, or the mashgiach allowed for others to break the Sabbath for his own gain, making him not Torah-observant.) Rabbi Washington wanted to know the mashgiach's reasoning.

(5) As it is customary in Hebrew law that if 1 Rabbi has a problem with another Rabbi's action (or his students action) he must bring the wrong to his attention. If a high priest actions are called to question he must respond or be stripped of his title. Managers that were not Rabbi's or Jewish had no business speaking on such a religious matter, disregard and disrespect Rabbi Washington's beliefs. They basically told him that his beliefs were wrong and it had nothing to do with being kosher, it had to do with money. They also completely disregard the oath they took upon hiring Rabbi Washington when they agreed that he wouldn't be disturbed and/or work on the Sabbath.

(6)The next day being Sunday, he was taken off the schedule for Monday's shift. Wednesday was the next day he was scheduled to work. When he arrived he noticed lots of extra cars in the parking lot and parts of the building that were being repaired. He walked into the catering department where he worked. When he walked in he placed the whistle-blowers law on the corkboard, when he went to the time clock he was bombarded by Olga Cherkasova. She handed him 2 checks and fired him. He pointed at the board showing the whistleblowers law that she couldn't fire him. She looked over to her attorney and he nodded yes. She continued to fire him. Rabbi Washington didn't know what to do so he called the police department. Officer Martin from the canton police department arrived on the scene. No one was arrested or charged as it was a civil matter.

(7)The employer claims that they fired Rabbi Washington because Connecticut is an "at will" state. Rabbi Washington always arrived to work early, stayed later than needed to. Very early on was given driving responsibilities, and also the keys to the catering department. He never had any marks against him. He even changed a flat tire in another state. He was wrongfully terminated as CT Scoop Shops didn't uphold their Bi-laws; no offences were made by Rabbi Washington, and certainly none that warranted termination.

Rabbi Benjamin Washington

14 A gay Street Winsted CT 06098

**Plaintiff**

**Vs**

**Defendants**

CT Scoop Shops LLC

Olga Cherkasova

Dmitriy Gorbunov

185 Broad St Wethersfield, CT 06109

## JURISDICTION

(1)The reasons for the case being filed in federal court are for the malpractice on the district level and violation of the 14th amendment by the Commission on Human Rights and Opportunities (CHRO). The CHRO tried to lead a bias investigation. Due to the complaints from the Plaintiff for the CHRO's violation of the 14th amendment the CHRO called for Early Legal Intervention. (ELI) Principal Attorney Charles Krich was to lead ELI with a 90 day deadline from September 25, 2020.

(2) Human Rights and Opportunities: Discrimination Complaint Processing December 2016 Section III Early legal intervention Subsection 17. CHRO's Legal Division should issue its decisions for the Early legal Intervention (ELI) cases within the 90-day timeframe required by law. The division should identify the underlying reasons why any case takes longer than 90 days to process and implement the necessary procedural changes to correct any deficiencies, or seek a statutory change to extend the timeframe.

(3) The state has not implemented the necessary procedural changes to correct any deficiencies, and has not sought any statutory change to extend the timeframe. The state has also proven that they cannot and/or will not uphold the law when it comes to the case Washington vs CT Scoop shops llc 2010235.

(4) A notice of claim has been filed against the chro for violating the 14th amendment. Any trial given on a state level for Washington VS CT Scoop shops llc case 2010235 would show bias and/or corruption in the legal system. The state has proven that it is incapable of showing Non bias when it comes to the complaint at hand.

(5) At the time of the wrongful termination 1 or more of the defendants resided at 1111 Washington st, Hollywood, FL 33019. The Complaint resided at 14 A Gay Street Winsted, CT. The amount in controversy exceeds the sum or value of $75,000 making this a Diversity Case.

Rabbi Benjamin Washington

14 A gay Street Winsted CT 06098

**Plaintiff**

**Vs**

**Defendants**

CT Scoop Shops LLC

Olga Cherkasova

Dmitriy Gorbunov

185 Broad St Wethersfield, CT 06109

**Relief Requested**

Upon hiring I was hired with the intent of being promoted to District Manager after a few weeks of learning the fundamentals of the operation. As Agreed upon by Kathy Moore when hired and that I shall have the Sabbath off. Sabbath being Friday sunset through Saturday Sunset. The relief requested is as follows.

Average District Manager Salary: $60,000 a year x 2 years. Equals $120,000. Lost Wages of $90,000.

Emotional Distress: $300,000

Punitive Damages: (5x) $300,000 x 5 = $1,500,000

Attorney Fees: Pro Se Litigant

Total Damages and Fees Requested: $1,890,000